ELAINE STASZEWSKI, an Infant, by STANISLAUS STASZEWSKI, Her Guardian ad Litem, Respondent, *v.* CITY OF ROCHESTER, Appellant.

Argued October 14, 1946; decided November 14, 1946.

*William H. Emerson, Corporation Counsel,* for appellant.
*Charles D. Mercer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.